Dismissed and Memorandum Opinion filed July 15, 2004









Dismissed and Memorandum Opinion filed July 15, 2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00019-CV

____________

 

FRESH COAT, INC., Appellant

 

V.

 

LIFE FORMS, INC., Appellee

 



 

On
Appeal from the 165th District Court

Harris
County, Texas

Trial
Court Cause No. 01-59192

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 29,
2003.  On April 28, 2004, appellant filed
an agreed motion to abate this appeal to finalize a global settlement agreement
in this case and related cases.  The
court granted the motion and on May 6, 2004, the court abated the appeal for
sixty days.

On July 7, 2004, appellant filed a motion to dismiss the
appeal because all the cases have been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 15, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.